UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Elizabeth Sherman,<br><br>        Plaintiff,<br>v.<br><br>Collectcorp, Inc.,<br><br>        Defendant. | Civil Action No.:  09-cv-10577-RGS |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

Plaintiff, Elizabeth Sherman, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: June 25, 2009
Stamford, CT

Respectfully submitted,

By: _____
Sergei Lemberg (SL 6331)
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Elizabeth Sherman, | : CIVIL ACTION NO. 09-cv-10577-RGS |
| Plaintiff, | |
| V. | |
| Collectcorp, Inc., | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2009, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**ZELDES, NEEDLE & COOPER**
Jonathan D. Elliot, Esq.
*Attorneys for Defendant*
Collectcorp, Inc.
Office and Post Office Address
1000 Lafayette Blvd.
Post Office Box 1740
Bridgeport, CT 06601

Sergei Lemberg, Esq.